IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Patterson, Samantha | Case Number: 07 B 10603 |
| | Judge: Squires, John H |
| Printed: 3/25/08 | Filed: 6/13/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: February 13, 2008
Confirmed: September 12, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 1,640.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,551.44 |
| Trustee Fee: | | 88.56 |
| Other Funds: | | 0.00 |
| Totals: | 1,640.00 | 1,640.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 2,914.00 | 1,551.44 |
| 2. | Barclays Capital Real Estate | Secured | 0.00 | 0.00 |
| 3. | Barclays Capital Real Estate | Secured | 45,243.45 | 0.00 |
| 4. | CB USA | Unsecured | 11.50 | 0.00 |
| 5. | Premier Bankcard | Unsecured | 29.59 | 0.00 |
| 6. | RMI/MCSI | Unsecured | 20.00 | 0.00 |
| 7. | Resurgent Capital Services | Unsecured | 93.58 | 0.00 |
| 8. | Nicor Gas | Unsecured | 231.31 | 0.00 |
| 9. | Jefferson Capital Systems LLC | Unsecured | 78.14 | 0.00 |
| 10. | Capital One | Unsecured | 28.57 | 0.00 |
| 11. | City Of Markham | Unsecured | | No Claim Filed |
| 12. | First Premier | Unsecured | | No Claim Filed |
| 13. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 14. | KOMYATTASSOC | Unsecured | | No Claim Filed |
| 15. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 16. | Medical Business Bureau Inc | Unsecured | | No Claim Filed |
| 17. | Mutual Hospital Services/Alverno | Unsecured | | No Claim Filed |
| 18. | Mutual Hospital Services/Alverno | Unsecured | | No Claim Filed |
| 19. | Mutual Hospital Services/Alverno | Unsecured | | No Claim Filed |
| 20. | Mutual Hospital Services/Alverno | Unsecured | | No Claim Filed |
| 21. | Komyattee & Associates | Unsecured | | No Claim Filed |
| 22. | Mutual Hospital Services/Alverno | Unsecured | | No Claim Filed |
| | | | $ 48,650.14 | $ 1,551.44 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Patterson, Samantha | Case Number:  07 B 10603 |
| | Judge:  Squires, John H |
| Printed:  3/25/08 | Filed:  6/13/07 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 88.56 |
| | _____ |
| | $ 88.56 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

